1   David T. Biderman, Bar No. 101577
    DBiderman@perkinscoie.com
2   PERKINS COIE LLP
    1888 Century Park East, Suite 1700
3   Los Angeles, California 90067-1721
    Telephone: +1.310.788.9900
4   Facsimile:  +1.310.788.3399

5   Kristine E. Kruger, Bar No. 253593
    KKruger@perkinscoie.com
6   PERKINS COIE LLP
    1301 Second Avenue, Suite 4200
7   Seattle, Washington 98101-3804
    Telephone: +1.206.359.8000
8   Facsimile:  +1.206.359.9000

9   Attorneys for Defendants
    Paula's Choice, Inc.; Paula's Choice, LLC;
10  and CONOPCO, Inc. d/b/a Unilever

11              UNITED STATES DISTRICT COURT

12            EASTERN DISTRICT OF CALIFORNIA

13                 SACRAMENTO DIVISION

14

15  KAITLYN ROBLYER, Individually and on       Case No. 2:25-cv-01364-DJC-CSK
    Behalf of Others Similarly Situated,
16                                              ORDER GRANTING STIPULATION FOR
                    Plaintiff,                  LEAVE TO FILE AMENDED COMPLAINT
17                                              AND TO EXTEND DEFENDANTS'
    v.                                          DEADLINE TO RESPOND TO THE FIRST
18                                              AMENDED COMPLAINT
    PAULA'S CHOICE, INC.; PAULA'S
19  CHOICE, LLC; and CONOPCO, INC., d/b/a       Judge:     Hon. Daniel J. Calabretta
    UNILEVER,
20
21                  Defendants.

22

23

24

25

26

27

28
                              -1-

1    WHEREAS, upon review of the Parties stipulation, and for good cause appearing, the

2 Court orders as follows:

3    Plaintiff Kaitlyn Roblyer is granted leave to file a First Amended Complaint on or before

4 July 21, 2025; and,

5    Defendants Paula's Choice, Inc., Paula's Choice, LLC, and Conopco, Inc. d/b/a Unilever

6 shall file their response to the Complaint no later than August 19, 2025.

7

8    **PURSUANT TO STIPULATION IT IS SO ORDERED.**

9

10 Dated:  July 17, 2025                      /s/ Daniel J. Calabretta

11                                              THE HONORABLE DANIEL J. CALABRETTA
                                                UNITED STATES DISTRICT JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2:25-CV-01364-DJC-CSK
ORDER GRANTING STIPULATION FOR LEAVE TO FILE AMENDED COMPLAINT AND TO EXTEND
DEFENDANTS' DEADLINE TO RESPOND TO THE FIRST AMENDED COMPLAINT

182555285.1