1  David T. Biderman, Bar No. 101577
   DBiderman@perkinscoie.com
2  PERKINS COIE LLP
   1888 Century Park East, Suite 1700
3  Los Angeles, California 90067-1721
   Telephone: +1.310.788.9900
4  Facsimile:  +1.310.788.3399

5  Kristine E. Kruger, Bar No. 253593
   KKruger@perkinscoie.com
6  PERKINS COIE LLP
   1301 Second Avenue, Suite 4200
7  Seattle, Washington 98101-3804
   Telephone: +1.206.359.8000
8  Facsimile:  +1.206.359.9000

9  Attorneys for Defendants
   Paula's Choice, Inc.; Paula's Choice, LLC;
10 and CONOPCO, Inc. d/b/a Unilever

11              UNITED STATES DISTRICT COURT

12             EASTERN DISTRICT OF CALIFORNIA

13                  SACRAMENTO DIVISION

14

15                                      | Case No. 2:25-cv-01364-DJC-CSK
   KAITLYN ROBLYER, Individually and on
16 Behalf of Others Similarly Situated,    ORDER GRANTING STIPULATION TO
                                           EXTEND DEADLINE TO FILE DISMISSAL
17              Plaintiff,                  OF CASE

18 v.                                    Judge:      Hon. Daniel J. Calabretta

19 PAULA'S CHOICE, INC.; PAULA'S
   CHOICE, LLC; and CONOPCO, INC., d/b/a
20 UNILEVER,

21
              Defendants.
22

23

24

25

26

27

28
                                -1-
183561978.1

1    WHEREAS, the Court has reviewed the Parties' Stipulation to Extend the Deadline to file

2  Dismissal of the Case and finds that good cause exists to grant the requested relief;

3    **IT IS HEREBY ORDERED** that the deadline to file the dismissal papers is extended by

4  an additional thirty (30) days until October 15, 2025 to permit the Parties to finalize the

5  settlement agreement.

6

7    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

8

9  Dated:  September 15, 2025          /s/ Daniel J. Calabretta

10                      THE HONORABLE DANIEL J. CALABRETTA
                        UNITED STATES DISTRICT JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2:25-CV-01364-DJC-CSK
ORDER GRANTING STIPULATION TO EXTEND
THE STAY OF CASE PENDING SETTLEMENT

183561978.1