David T. Biderman, Bar No. 101577
DBiderman@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, California 90067-1721
Telephone: +1.310.788.9900
Facsimile:  +1.310.788.3399

Kristine E. Kruger, Bar No. 253593
KKruger@perkinscoie.com
PERKINS COIE LLP
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: +1.206.359.8000
Facsimile:  +1.206.359.9000

Attorneys for Defendants
Paula's Choice, Inc.; Paula's Choice, LLC;
and CONOPCO, Inc. d/b/a Unilever

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KAITLYN ROBLYER, Individually and on Behalf of Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PAULA'S CHOICE, INC.; PAULA'S CHOICE, LLC; and CONOPCO, INC., d/b/a UNILEVER,<br><br>Defendants. | Case No. 2:25-cv-01364-DJC-CSK<br><br>ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE DISMISSAL OF CASE<br><br>Judge:   Hon. Daniel J. Calabretta |

WHEREAS, the Court has reviewed the Parties' Stipulation to Extend the Deadline to file Dismissal of the Case and finds that good cause exists to grant the requested relief;

**IT IS HEREBY ORDERED** that the deadline to file the dismissal papers is extended by an additional sixteen (16) days until October 31, 2025 to permit the Parties to finalize the settlement agreement.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 14, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE