1
2
3

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

4

5  KAITLYN ROBLYER, Individually
   and on behalf of all others similarly
6  situated,

7              **Plaintiffs,**

8                    **v.**

9

10 PAULA'S CHOICE, INC.;
   PAULA'S CHOICE, LLC; and
11 CONOPCO, INC., d/b/a
   UNILEVER,
12

13             **Defendants.**

14

**Case No.:**  2:25-cv-01364-DJC-CSK

**ORDER GRANTING JOINT
STIPULATION TO DISMISS
ACTION PURSUANT TO FED. R.
CIV. P. 41(a)(1)(A)(ii)**


**HON.    DANIEL J. CALABRETTA**

15

16    Good causing appearing, the stipulated request of plaintiff Kaitlyn Roblyer

17 ("Plaintiff") and defendants Paula's Choice, Inc., Paula's Choice, LLC and Conopco,

18 Inc., d/b/a Unilever (Defendants") (together, the "Parties"), for dismissal of Plaintiff's

19 individual claims against Defendant *with prejudice* and dismissal of the claims of the

20 putative class members against Defendant *without prejudice*, pursuant to Fed. R. Civ.

21 P. 41(a)(1)(A)(ii), is hereby GRANTED.

22    The Parties shall each bear their own respective attorneys' fees and costs.

23    **IT IS SO ORDERED.**

24

25 Dated:  October 24, 2025          /s/ Daniel J. Calabretta

26                                  THE HONORABLE DANIEL J. CALABRETTA
                                    UNITED STATES DISTRICT JUDGE
27

28